UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER MARTINEZ,<br><br>               Petitioner,<br><br>   v.<br><br>BRUCE SCOTT, Warden of the Northwest Detention Center; DREW BOSTOCK, Seattle Immigration and Customs Enforcement Field Office Director; KRISTI NOEM, Secretary of United States Department of Homeland Security; PAMELA BONDI, United States Attorney General,<br><br>               Respondents. | C25-1538 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    After reviewing Petitioner's Motion for Temporary Restraining Order (the "Motion"), docket no. 2, the Court finds that it is not a proper motion for temporary restraining order. The Motion is hereby REFERRED to Judge Grady Leupold.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of August, 2025.

                                                      Ravi Subramanian
                                                      Clerk

                                                      s/Laurie Cuaresma
                                                     Deputy Clerk

MINUTE ORDER - 1