UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER EMILIO MARTINEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>BRUCE SCOTT, *et al*.<br><br>　　　　　　Respondents. | C25-1538 TSZ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation,[1] docket no. 13, of the Honorable Grady J. Leupold, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)　The Court ADOPTS the Report and Recommendation, docket no. 13.

(2)　Petitioner's Motion for Temporary Restraining Order, docket no. 2, and federal habeas Petition, docket no. 1, are DENIED for failure to exhaust administrative remedies. This action is DISMISSED without prejudice.

(3)　A certificate of appealability is DENIED in this case.

(4)　The Clerk is directed to CLOSE this case and send copies of this Order to Petitioner, to counsel for Respondent, and to the Hon. Grady J. Leupold.

Dated this 19th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] No party filed objections to the Report and Recommendation.

ORDER - 1